**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 2, 2022.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-20-00337-CV
_____

### EX PARTE M.R.Z.

**On Appeal from the 421st District Court
Caldwell County, Texas
Trial Court Cause No. 19-O-339**

## MEMORANDUM OPINION

This is an appeal from an order signed October 24, 2019. On May 23, 2022, appellant, the Texas Department of Public Safety, filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.